UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/11/2020__

------------------------------------------------------------------X
                    :

FITIM RAMADANI,                :

                      :

            Plaintiff,      :

                      :       18-cv-0132 (LJL)

   -v-                :

                      :          ORDER

HARLEM GREEN LLC, ET AL.,  :

                      :

           Defendants.  :

                      :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Notice of Removal in this case was filed on January 8, 2018. No appearance has yet been made on behalf of Plaintiff. On January 18, 2018, Plaintiff's counsel and counsel for Defendants John Civetta Construction Corp. and John Civetta & Sons, Inc filed a stipulation of voluntary dismissal. No other Defendant has made an appearance, and the docket reflects that Plaintiff has taken no activity in this case in over two years.

On February 10, 2020, the Court ordered Plaintiff to show cause why this action should not be dismissed for want of prosecution. Plaintiff has not filed anything since then.

Accordingly, the Court exercises its discretion to dismiss the case without prejudice for want of prosecution, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: March 11, 2020
      New York, New York

                                      LEWIS J. LIMAN
                                United States District Judge